IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATOYA JERNIGAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2744 |
| | § | |
| AMBER JERNIGAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Latoya Jernigan, sued her cousin, Amber Jernigan, and two employees of the Texas Child Protective Services, Daisy Clark and Latasha Allen. Latoya Jernigan alleged that CPS "unlawfully removed" her child, TJ, from her home, based on "malicious, vindictive lies" that Amber Jernigan told. Latoya Jernigan sues for slander, malicious prosecution, criminal charges, and violation of civil rights.

Latoya Jernigan has filed three motions that are the subject of this order: (1) a motion requesting that this court send a U.S. Marshal to retrieve her child (Docket Entry No. 11); (2) a motion requesting that this court order the Department of Justice and the Federal Bureau of Investigation to investigate alleged corruption at CPS (Docket Entry No. 17); and (3) a motion requesting that criminal charges for abduction be filed against the three defendants (Docket Entry No. 37). Because this court does not have the authority to order the relief requested, these motions are denied.

SIGNED on September 7, 2011, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　United States District Judge