IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LATOYA JERNIGAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 10-2744 |
| § | |
| AMBER JERNIGAN, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

For the reasons stated in the court's Order Adopting Memorandum and Recommendation of September 19, 2011, this action is dismissed with prejudice.

SIGNED on September 19, 2011, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge